# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| **MARIO LEON DELAPP,** <br>     Plaintiff, <br><br> v. <br><br> **SHERIFF DAVID MAPLES, et al,** <br>     Defendant(s), | Civil Action No. 7:20-cv-00102 <br><br> **OPINION** <br><br> By: James P. Jones <br> United States District Judge |

    Plaintiff, proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. §1983. By order entered February 12, 2020, the court directed plaintiff to submit within 20 days from the date of the order the signed consent to withholding of filing fees form in order to complete the application to proceed in forma pauperis. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

    More than 20 days have elapsed, and plaintiff has failed to comply with the described conditions. Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

    The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

    ENTER: This 17th day of March, 2020.

                                                         /s/James P. Jones <br>
                                                         United States District Judge